**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00345-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  NOLBERTO GUZMAN-RODRIGUEZ,

    Defendant.

---

**MINUTE ORDER**[1]

---

On July 12, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That on **September 6, 2011**, commencing at 1:30 p.m., the court shall conduct the change of plea hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  July 12, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.