**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00345-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. NOLBERTO GUZMAN-RODRIGUEZ,

      Defendant.

---

**MINUTE ORDER**[1]

---

The court conducted a Telephonic Setting Conference on September 22, 2011. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Change of Plea Hearing is set for **October 6, 2011**, at 10:00 a.m., at which counsel and the defendant shall appear without further notice or order; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: September 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.